JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE: SOON WHA CHEY     )      Case No. SA CV 10-01176-RGK

                    )

                    )      ORDER DISMISSING ACTION FOR

_____ )      LACK OF PROSECUTION

       On December 13, 2010, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. As of this date, no response has been filed. Therefore, the case is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated:   APR 2 8 2011

                             _____

                             R. GARY KLAUSNER

                             UNITED STATES DISTRICT JUDGE